```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOSEPH TROIANO,

                    Plaintiff,
                                                    ORDER
        - against -
                                              22 Civ. 1895 (NRB)
CITY OF NEW YORK, SHIMUL SAHA, and
ADONIS LONG,

                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:   New York, New York
         December 21, 2022

                                            _____
                                                 NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE